UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Jeffrey Heleen

v.                                        06-cv-24-SM

Radiation Safety & Control Services, Inc.

O R D E R

After due consideration of the objection filed, I herewith approve the Report

and Recommendation of Magistrate Judge Muirhead dated June 20, 2006, for the

reasons set forth therein.  Plaintiff's motion for preliminary injunction (document no.

11) is hereby denied.   Defendant's motion to enforce settlement (document no. 12)

is hereby granted.  Although plaintiff claims, in opposing defendant's motion to

dismiss, that he did not received a copy of its motion to enforce settlement, it is plain

that he had a full and fair opportunity to address that motion at the hearing before the

Magistrate Judge, and has made the same arguments in support of his position with

respect to that motion in his objection to the Report and Recommendation that he

made previously. Those arguments are unpersuasive, and even accepting plaintiff's

claim of non-receipt,  nothing filed since the hearing suggests that plaintiff has any

other meritorious fact or argument to offer in support of his position.

The Clerk shall close the case.

SO ORDERED.

July 7, 2006                                       _____
                                                   Steven J. McAuliffe
                                                   Chief Judge


cc:    Jeffrey Heleen, pro se
       Stephanie Bray, Esq.
       Mary Ann Dempsey, Esq.