UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Jeffrey Heleen


                        v.                          06-cv-24-SM


Radiation Safety & Control Services, Inc.



ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2


DOCUMENT/FILER:   #34, Reply to Plaintiff's Objection to Motion for Bond and Objection to
                  Plaintiff's Motion to Proceed In Forma Pauperis On Appeal, filed by Defendant

DATE FILED:       August 8, 2006

        The document above fails to comply with:

        LR 7.1(e)(2)          Nondispositive motion:  reply memorandum is not permitted without prior
                              leave of court


        This document will remain on file.   The court will accept this document as an Objection to
Plaintiff's Motion to Proceed In Forma Pauperis On Appeal.  The defendant will need to file a motion for
leave to file a reply to plaintiff's objection to the Motion for Bond.


        SO ORDERED.


                                                /s/ James R. Muirhead
August 16,  2006                          _____ _____
                                          James R. Muirhead
                                          United States Magistrate Judge



cc:    Mary Ann Dempsey, Esq.
       Jeffrey Heleen, pro se